1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,        )   Case No.: EDCR 07-JGB
                                      )
11                     Plaintiff,     )
                                      )   ORDER OF DETENTION PENDING
12          v.                        )   FURTHER REVOCATION
                                      )   PROCEEDINGS
13                                    )   (FED. R. CRIM. P. 32.1(a)(6); 18
     Domonick Leon McGhee            )   U.S.C. § 3143(a)(1))
14                                    )
                       Defendant.     )
15   _____)

16          The defendant having been arrested in this District pursuant to a warrant

17   issued by the United States District Court for the ___Central___ District of

18   ___California___ for alleged violation(s) of the terms and conditions of probation

19   or supervised release; and

20          Having conducted a detention hearing pursuant to Federal Rule of Criminal

21   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22   A.  (X)   The defendant has not met his/her burden of establishing by clear and

23              convincing evidence that he/she is not likely to flee if released under 18

24              U.S.C. § 3142(b) or (c).  This finding is based on the following:

25              (X)   information in the Pretrial Services Report and Recommendation

26              (X)   information in the violation petition and report(s)

27              (X)   the defendant's nonobjection to detention at this time

28              ( )   other: _____

                                          1

1    and/ or

2    B. (X)   The defendant has not met his/her burden of establishing by clear and

3    convincing evidence that he/she is not likely to pose a danger to the

4    safety of any other person or the community if released under 18 U.S.C.

5    § 3142(b) or (c).  This finding is based on the following:

6        (X)   information in the Pretrial Services Report and Recommendation

7        (X)   information in the violation petition and report(s)

8        (X)   the defendant's nonobjection to detention at this time

9    ( )   other: _____

10

11   IT THEREFORE IS ORDERED that the defendant be detained pending the further

12   revocation proceedings.

13

14   Dated: March 18, 2015

15                                          SHERI PYM
                                            United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28